UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOUNT VERNON FIRE INSURANCE
COMPANY, et al.,

                          Plaintiffs,

  -against-

PETER & B CONSTRUCTION, INC.,
et al.,

                         Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV-3695 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 19 2005 ★
BROOKLYN OFFICE

      An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 16, 2005, dismissing the action without prejudice for failure to prosecute; it is

      ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; and that the action is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, New York
       May 18, 2005

                                                              ROBERT C. HEINEMANN
                                                             Clerk of Court