UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MOUNT VERNON FIRE INSURANCE
COMPANY and UNITED STATES                             04 Civ. 3695 (NGG)
LIABILITY INSURANCE COMPANY,
                                                      **DEFAULT JUDGMENT**
                    Plaintiffs,

        -against-

PETER & B CONSTRUCTION, INC., SIX TEN
MANAGEMENT CORP., GURDHIAN SINGH and
JASWINDER KAUR,
                    Defendants.
------------------------------------------------------------x

This action having been commenced on August 25, 2004 by filing of the Summons and Complaint, and the Summons and Complaint in this action having been duly served on defendant PETER & B CONSTRUCTION, INC. on September 13, 2004, defendant SIX TEN MANAGEMENT CORP. on September 9, 2004, GURDHIAN SINGH on September 7, 2004, and defendant JASWINDER KUHR on September 7, 2004, and proof of such service thereof was filed for defendant PETER & B CONSTRUCTION, INC. on October 4, 2004, defendant SIX TEN MANAGEMENT CORP. on October 4, 2004, GURDHIAN SINGH on October 4, 2004, and defendant JASWINDER KUHR on October 4, 2004, and said defendants PETER & B CONSTRUCTION, INC., SIX TEN MANAGEMENT CORP., GURDHIAN SINGH and JASWINDER KAUR having failed to plead or otherwise defend in this action, and the time for answering the complaint having expired as to all defendants, and upon the annexed declaration of default judgment of Eric B. Stern, dated June 20, 2005,:

NOW, on motion of Miranda & Sokoloff, LLP, the attorney for plaintiff MOUNT VERNON FIRE INSURANCE COMPANY and UNITED STATES LIABILITY INSURANCE

COMPANY, it is hereby

ORDERED, ADJUDGED and DECREED that a declaration be entered that MOUNT VERNON FIRE INSURANCE COMPANY is not obligated to defend and indemnify its insured, PETER & B. CONSTRUCTION, or SIX TEN MANAGEMENT CORP. or any of the other defendants in this action, under policy number CL 2235979, with respect to the underlying personal injury action brought against them by defendants GURDHIAN SINGH and JASWINDER KAUR in Supreme Court, Queens County (Index No. 23269/02); and it is further

ORDERED, ADJUDGED and DECREED that a declaration be entered that UNITED STATES LIABILITY INSURANCE COMPANY is not obligated to defend and indemnify its insured, PETER & B. CONSTRUCTION, or SIX TEN MANAGEMENT CORP. or any other defendants in this action, under policy number WCP 1003256A, with respect to the underlying personal injury action brought against them by defendants GURDHIAN SINGH and JASWINDER KAUR in Supreme Court, Queens County (Index No. 23269/02) together with such other and further relief as this Court may deem just and proper under the circumstances.

Dated: Brooklyn, New York
          , 2005

By: _____
          U.S.D.J.

2